In the Matter of the Estate of James Ready, Deceased. Alice Marguerite Ready, et al., Appellants, v. John E. Corrigan, Executor of the Estate of James Ready, Deceased, Appellee.

Gen. No. 47,033.

First District, Third Division.

May 29, 1957.

Released for publication June 20, 1957.

John P. Loughnane (Edmund M. Sinnott, of counsel) for appellants; Frank H. Kirk (Irving Goodman, of counsel) for appellee. Opinion by JUDGE KILEY. Not to be published in full.